1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  ERIK F. SARAVIA,            )   Case No. EDCV 09-1196-VAP
                                )   (FFMx)
12              Plaintiff,      )
                                )   **JUDGMENT**
13       v.                     )
                                )
14  FREMONT INVESTMENT          )
    LOANS, et al.,              )
15                              )
                Defendants.     )
16  _____ )

17

    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

18

19       Pursuant to the Order filed herewith, IT IS ORDERED

    AND ADJUDGED that Plaintiff's Complaint is DISMISSED

20

    WITHOUT PREJUDICE as to Defendant Nationstar Mortgage,

21

    LLC.  The Court orders that such judgment be entered.

22

23

24

    Dated:  July 29, 2009        _____
25                                    VIRGINIA A. PHILLIPS
                                 United States District Judge
26

27

28